Reahdeen Robertson, CDCR No. G19614
California Medical Facility
   PO-Box 2000
Vacaville, CA 95696


FILED
CLERK, U.S. DISTRICT COURT
DEC 13 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Non-Attorney ("Pro-Se") Litigant

In the United States District Court
for the Central District of California
         Western Division

| | |
|---|---|
| Reahdeen Robertson<br>Plaintiff<br><br>V.<br><br>F. Martin et al<br>Defendant | CV20-4173-JLS (EX)<br><br>Plaintiff's Ex Parte Motion for Request of Counsel Pursuant to 28 U.S.C. § 1915(d)<br><br>Trial Judge: Hon. Josephine L. Staton United States District Judge<br>Trial Date: None Set<br>Action Filed: May 7, 2020 |

Comes Now, Plaintiff Reahdeen Robertson ("Plaintiff") wholly without funds ("Indigent") Lacking formal Legal training Proceeding ("Pro-Se") moves the Court, In accordance to 28 United States Code § 1915(d), And Respectfully Request, the Honorable Judge Josephine L. Staton United States District Judge to exercise vested Discretionary Authority as Authorized under 28 U.S.C. § 1915(d) And Grant Plaintiff's ("Motion") Appointing counsel.

this ("Motion") is Based upon Attached Memorandum of Points And Authorities Exhibit(s) "A" And "B" And Declaration In Support.

Plaintiff Does Requests oral Argument of this Motion Before this Court By telephone, unless the Court on it's own Grants this Motion Without oral Argument.

Wherefore, Plaintiff Respectfully Requests United States District Judge Josephine L. Staton Grant Plaintiff's Motion Appointing Counsel

Dated: December 03, 2021

Respectfully Submitted
Beahdeen Robertson
In Pro-se

# Memorandum of Points And Authorities

## Introduction

Plaintiff Reahdeen Robertson ("Plaintiff") is An Inmate In the Custody of the California Department of Corrections And Rehabilitation ("CDCR") currently Housed at California Medical Facility ("CMF") In Vacaville California At All times Relevant to this case was Housed at California State Prison Los Angeles County ("CSP-LAC") In Lancaster California. Plaintiff on May 7, 2020 Brought this 42 U.S.C. § 1983 lawsuit against Defendant Filomena Martin ("Defendant") a Registered Nurse Proceeding Pro-se Alleging Defendant violated his Eighth Amendment Rights, While Acting Under Color of State Law Sexually Assaulting him During a Medical examination on February 7, 2020

# first - Prong

Plaintiff Reahdeen Robertson ("Plaintiff") is wholly Indigent As Demonstrated at the Commencement of this Action, By the filing of Plaintiff's Request to Proceed with this Action Without Prepayment of the Court's Mandated filing fees, which this Court Graciously Granted to Plaintiff on the Date of May 8, 2020.

("Supporting Documentation Attached hereto As")
        Exhibit *A*

Since the Court's Granting of Plaintiff's Request to proceed with this Action, Without Prepayment of Court filing fees As ordered on May 8, 2020, to-date one year, seven months later Plaintiff's financial Status still has Not changed

(" view Attached up-dated certified-copy of Plaintiff's " Inmate Trust Account Statement
      Attached hereto As Exhibit *B*)

# Second - Prong

Plaintiff Reahdeen Robertson ("Plaintiff") expressly contends he's unequivocally Demonstrated the likelihood of Success on the merits of this case, In Addition Plaintiff has experienced Difficulty In Attempting to litigate this case, Demonstrated By Plaintiff's Motion to Compel Discovery from the Named Defendant's Attorney Quyen vu thai, Deputy Attorney General filed on November 4, 2020 ("ECF NO. 26")

Moreover since June of 2020 And As Most Recent As April of 2021 Plaintiff has filed ("5") Motions Before this Court Seeking Appointment of Counsel. All ("5") Motions were Denied By Magistrate Judge Charles F. Eick.

Now that magistrate Judge Charles F. Eick has Determined a Trial is Required in this Action, Plaintiff Requests Trial Judge Josephine L. Staton U.S. District Judge to Grant Plaintiff's Motion Appointing Counsel.

# Conclusion

Based on the foregoing, the Court should grant Plaintiff's motion appointing counsel.

Dated: December 03, 2021

Respectfully Submitted
Reahdeen Robertson
In Pro-Per

*[signature]*

Robertson V. Martin

CV20-4173-JLS(EX)

Exhibit

"A"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| INMATE # G-19614 | CASE NUMBER |
|---|---|
| REAHDEEN ROBERTSON, PLAINTIFF(S) | 2:20-cv-4173-JLS(E) |
| v. | |
| F. MARTIN, DEFENDANT(S) | ORDER RE REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES |

IT IS ORDERED that the Request to Proceed Without Prepayment of Filing Fees is hereby GRANTED.

IT IS FURTHER ORDERED that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. ~~An initial partial filing fee of $ _____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of the case. Thereafter,~~ Monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2).

Date: 5/8/20

United States Magistrate Judge

---

IT IS RECOMMENDED that the Request to Proceed Without Prepayment of Filing Fees be DENIED for the following reason(s):

- ☐ Inadequate showing of indigency.
- ☐ Failure to authorize disbursements from prison trust account to pay the filing fees.
- ☐ Failure to provide certified copy of trust fund statement for the last six (6) months.
- ☐ District Court lacks jurisdiction.
- ☐ Other _____

- ☐ Frivolous, malicious, or fails to state a claim upon which relief may be granted.
- ☐ Seeks monetary relief from a defendant immune from such relief.
- ☐ Leave to amend would be futile.
- ☐ This denial may constitute a strike under the "Three Strikes" provision governing the filing of prisoner suits. See O'Neal v. Price, 531 F.3d 1146, 1153 (9th Cir. 2008).

Comments:

Date _____   United States Magistrate Judge _____

---

IT IS ORDERED that the Request to Proceed Without Prepayment of Filing Fees is:

- ☐ GRANTED. IT IS FURTHER ORDERED that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $ _____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of the case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2).
- ☐ DENIED. Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
- ☐ DENIED, and this case is hereby DISMISSED immediately.
- ☐ DENIED, with leave to amend within 30 days. Plaintiff may re-submit the IFP application and Complaint to this Court, if submitted with the Certified Trust Account Statement and Disbursement Authorization. Plaintiff shall utilize the same case number. If plaintiff fails to submit the required documents within 30 days, this case shall be DISMISSED.

Date _____   United States District Judge _____

CV-73P (08/16)   ORDER RE REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER 2:20-CV-04173-JLS-E

Reuhdeen Robertson   PRISONER/PLAINTIFF,
v.

Fialomena Martin   DEFENDANT(S).

REQUEST TO PROCEED WITHOUT
PREPAYMENT OF FILING FEES WITH
DECLARATION IN SUPPORT

I, Reuhdeen Robertson #G-19614, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☒No
    a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:
    _____
    _____

    b. State the place of your incarceration California State Prison Los Angeles County.
    Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
    a. Business, profession or form of self-employment?   ☐Yes ☒No
    b. Rent payments, interest or dividends?   ☐Yes ☒No
    c. Pensions, annuities or life insurance payments?   ☐Yes ☒No
    d. Gifts or inheritances?   ☐Yes ☒No
    e. Any other income (other than listed above)?   ☐Yes ☒No
    f. Loans?   ☐Yes ☒No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes  ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the *six (6) months prior* to the date of this declaration.

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

   If the answer is yes, describe the property and state it approximate value: _____

   _____

5. In what year did you last file an Income Tax Return? _____

   Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   _____

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

<u>California</u>  
State

<u>Los Angeles County (Lancaster)</u>  
County (or City)

I, <u>Reahleen Robertson</u>, declare under penalty of perjury that the foregoing is true and correct.

<u>May 07 2020</u>  
Date

_____  
Prisoner/Plaintiff (Signature)

Robertson v. Martin

CV 20-4173-JLS(EX)

Exhibit "B"

Date\Time: 9/14/2021 11:27:13 AM

Institution: CMF

## CDCR Inmate Statement Report

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| G19614 | ROBERTSON, REAHDEEN | CMF | C HTCA1 | 009001 |

Current Available Balance: $0.00

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 03/01/2021 | CMF | BEGINNING BALANCE | | | | $0.00 |
| 05/13/2021 | CMF | TRACS TRANSFER IN | TX05132021 | | $0.04 | $0.04 |
| 05/13/2021 | LAC | TRACS TRANSFER OUT | TX05132021 | | ($0.04) | $0.00 |
| 06/07/2021 | CMF | REGULAR MAIL | POSTAGE REG/05/20/21 | | ($0.04) | $0.00 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| LIBRARY | LIBRARY BOOK | $20.00 | $0.00 | $20.00 |
| DAMAGES - STATE PROPERTY | LINOLEUM FLOOR | $1,000.00 | $0.00 | $986.10 |
| DAMAGES - MISCELLANEOUS | DAMAGE 07/07/15 | $1.50 | $0.00 | $1.50 |
| DAMAGES - STATE PROPERTY | DVI CELL WINDOW (2)/ | $332.16 | $0.00 | $332.16 |
| DAMAGES - STATE PROPERTY | RADIO | $38.99 | $0.00 | $38.99 |
| PLRA | 2:16-CV-01871-EFB | $350.00 | $0.00 | $350.00 |
| PLRA | 2:20-CV-06250-JLS | $350.00 | $0.00 | $350.00 |
| REGULAR MAIL | POSTAGE REG/05/20/21 | $1.00 | ($0.04) | $0.96 |
| COPY CHARGES | COPIES REG/6/21/21 | $3.00 | $0.00 | $3.00 |

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | MA042081 | Active | $2,000.00 | $0.00 | $0.00 | $1,244.45 |
| FINE PC 1202.45 | MA042081 | Active | $2,000.00 | $0.00 | $0.00 | $2,000.00 |
| FINE PC 1202.45 | MA060742 | Active | $300.00 | $0.00 | $0.00 | $300.00 |
| RESTITUTION FINE | MA060742 | Active | $300.00 | $0.00 | $0.00 | $300.00 |
| RESTITUTION FINE | MA075070 | Active | $300.00 | $0.00 | $0.00 | $300.00 |

2

# Declaration of Reahdeen Robertson

Case Title: Reahdeen Robertson v. Filomena Martin
Case Number: CV20-04173-JLS (EX)
Court: United States District Court, Central District of California

I, Reahdeen Robertson, Declare:

(1.) I Am the Named Plaintiff In this Civil Action I have personal Knowledge of the facts Attested to herein, And if Called to testify, Would And could testify competently hereto.

(2.) litigating this case I have unequivocally Demonstrated the likelihood of success on the merits of this case, In Addition experienced Difficulty litigating this case.

I Declare that the foregoing is true And correct under the penalty of perjury under the laws of the United States of America.

Executed on this 3rd Day of December, 2021 In Solano county, Vacaville California

Reahdeen Robertson

# Certificate of Service By U.S. Mail

Case Name: Reahdeen Robertson V. F. Martin

Case Number: CV20-04173-JLS (EX)

Court: United States District Court Central District of California

Judge: the Honorable Josephine L. Staton, U.S. District Judge

I, Reahdeen Robertson, Declare:

On December 03, 2021 I mailed a true copy of: ("Plaintiff's") Ex Parte Motion for Request of Counsel

TO:

| United States District Court Central District of California Office of the Clerk 255 East Temple Street, RM 180 Los Angeles, CA 90012 | Quyen Vu Thai, Deputy Attorney General Department of Justice Office of the Attorney General 300 South Spring Street, Ste 1702 Los Angeles, CA 90013 |

I Declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct. That this proof of certificate of service was executed on December 03, 2021 at the California Medical Facility Vacaville California

Reahdeen Robertson
Declarant

_____
Declarant's Signature

California Medical facility
Reahdeen Robertson CDCR No. G19164
1600 California Drive, P.O. Box 2500
Vacaville, CA 95696-2500

Civil Action #
CV20-04173-JLS(Ex)

United States District Court
Central District of California
Office of the Clerk
255 East Temple Street, Room 180
Los Angeles, CA 90012

Confidential
Legal mail

c/o Jenifer 12/13/21   c/o Jacqline 12/13/21